# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | | |
|---|---|---|
| WILSON RAY JAMERSON, | * | |
| Reg. # 16098-064 | * | |
| Petitioner, | * | |
| | * | |
| vs. | * | No. 2:10-cv-00132-SWW-JJV |
| | * | |
| T. C. OUTLAW, Warden, FCI- Forrest City | * | |
| | * | |
| Respondent. | * | |

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the petitioner's objections.  After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Mr. Jamerson's Petition (Doc. No. 1) is DISMISSED with prejudice.  The requested relief is denied and any pending motions are denied as moot.

DATED this 22nd day of November, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE