# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

| | | |
|---|---|---|
| WILSON RAY JAMERSON, | * | |
| Reg. # 16098-064 | * | |
|     Petitioner, | * | |
| | * | |
| vs. | * | No. 2:10-cv-00132-SWW-JJV |
| | * | |
| T. C. OUTLAW, Warden, FCI- Forrest City | * | |
| | * | |
|     Respondent. | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

DATED this 22nd day of November, 2010.

    /s/Susan Webber Wright
    UNITED STATES DISTRICT JUDGE